TREG R. TAYLOR
ATTORNEY GENERAL

Aisha Tinker Bray, Esq.
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2811
Email: aisha.bray@alaska.gov

Attorney for State of Alaska, Department of Public Safety

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEFFREY WHALEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| and SAFARILAND, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 4:21-cv-00006-JWS |

## NOTICE OF REMOVAL

Defendant State of Alaska, Department of Public Safety hereby removes the state court action filed against it in the State of Alaska Superior Court for the Fourth Judicial District to the United States District Court for the District of Alaska. Removal is based on the following grounds:

1. On October 9, 2020, plaintiff Jeffrey Whaley filed a civil action entitled *Jeffrey Whaley v. State of Alaska, Department of Public Safety &*

*Safariland, LLC*, Case No. 4FA-20-02322 CI, in the State of Alaska Superior Court for the Fourth Judicial District at Fairbanks.[1]

2. The federal court has jurisdiction over this civil action pursuant to 28 U.S.C. §1332 based on the complete diversity of citizenship between plaintiff Jeffrey Whaley, a resident of Utah,[2] and defendants the State of Alaska, Department of Public Safety, a resident of Alaska, and Safariland, LLC, a resident of Delaware.[3]

3. This Notice of Removal is timely under 28 U.S.C. §1446(b). The discovery responses notifying the State of Alaska that plaintiff is a resident of Utah were received on March 22, 2021.[4] Thus, less than thirty (30) days have elapsed since the State of Alaska became aware that the case was removable. 28 U.S.C. 1446(b)(3).

4. Pursuant to 28 U.S.C. §1446(d), notice of filing this Notice of Removal is filed simultaneously herewith in the state court action, with a copy of this Notice of Removal without exhibits. This Notice of Removal was served on plaintiff Mr. Whaley and co-defendant Safariland, LLC, through counsel, by U.S. mail and email. The Notice of Filing Notice of Removal filed in state court was served through the TrueFiling e-filing system.

---

[1] Exhibit A, Amended Complaint.

[2] Exhibit B, Plaintiff's Responses to Defendant Department of Public Safety's First Interrogatories.

[3] Exhibit C at ¶3, Safariland, LLC's Answer to the Amended Complaint.

[4] Exhibit B.

*Whaley v. State of Alaska, et al.*  Case No. 4:21-cv-00006-JWS
Notice of Removal  Page 2 of 3
Case 4:21-cv-00006-JWS   Document 1   Filed 04/12/21   Page 2 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
FAIRBANKS BRANCH
100 CUSHMAN STREET, SUITE 400
FAIRBANKS, ALASKA 99701
PHONE: (907) 451-2811
FAX: (907) 451-2846

Based on the foregoing, defendant State of Alaska, Department of Public Safety removes the state court action filed against it to this court, the United States District Court for the District of Alaska.

DATED at Fairbanks, Alaska, this 12th day of April, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By: s/ *Aisha Tinker Bray*
Aisha Tinker Bray
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2811
Email: aisha.bray@alaska.gov
Attorney for Defendant -
State of Alaska,
Department of Public Safety

**CERTIFICATE OF SERVICE**
This is to certify that on this 12th day of April, 2021, a copy of the foregoing document was served by mail and email on:

Jeff Barber, Esq.
Barber & Associates, LLC
540 E Fifth Avenue
Anchorage, Alaska 99501
jeffb@alaskainjury.com
angiem@alaskainjury.com

Rebecca Hozubin, Esq.
Hozubin, Moberly, & Associates
711 M Street, Suite 2
Anchorage, Alaska 99501
rebecca@akdefenselaw.com

/s/ *Aisha Tinker Bray*

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
FAIRBANKS BRANCH
100 CUSHMAN STREET, SUITE 400
FAIRBANKS, ALASKA 99701
PHONE: (907) 451-2811
FAX: (907) 451-2846